IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ACUITY a MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-vs-<br><br>ESTATE OF DAVID HEALOW; CONNIE RAE OSER, as Personal Representative of the ESTATE OF DAVID HEALOW; VIVIENDAS, LLC, a Montana Limited Liability Company; SUE ALEXANDER PRUITT as Personal Representative of the ESTATE OF MIKEL PETERSON; KARISA BAKER as Personal Representative of the ESTATE OF RAYMOND LEE LINNEY-RUMBOLD; and CHRIS WHALEN as Personal Representative of the ESTATE OF RUSTY JUNGELS,<br><br>Defendants. | Cause No. CV-20-00162-SPW-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice (Doc. 27), and good cause appearing,

1

IT IS HEREBY ORDERED that the above-entitled action is **DISMISSED WITH PREJUDICE** as fully and finally settled upon the merits. Each party shall bear its own costs and attorneys' fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 10th day of August, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge